[No. 1535-2.    Division Two.    September 30, 1975.]

MELVIN L. CHEESMAN, *Appellant*, v. ST. MARTINS COLLEGE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 50142, Robert J. Doran, J., entered June 24, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1345-2.    Division Two.    October 2, 1975.]

LEO HENRY MADSEN, *Appellant*, v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 219139, James V. Ramsdell, J., entered February 4, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 1147-3.    Division Three.    October 3, 1975.]

VIRGINIA H. FARRELL, *Individually and as Administratrix, Respondent*, v. THE STATE OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 209564, William J. Grant, J., entered April 9, 1974. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 3017-1.    Division One.    October 6, 1975.]

*In the Matter of the Estate of* LOUISE WILSON.
PEOPLES NATIONAL BANK OF WASHINGTON, ET AL, *Appellants*, v. HARRY G. LIVINGSTON, ET AL, *as Executors, Respondents.*

Appeal from a judgment of the Superior Court for King County, No. E-190523, Edward E. Henry, J., entered April 15, 1974. *Remanded* by unpublished opinion per James, J., concurred in by Farris and Swanson, JJ.